UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILNAR ZIGANSHIN,<br>A# 249-138-246,<br><br>                              Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                              Respondents. | Case No.: 3:25-cv-01096-RBM-SBC<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 28, 2025, Petitioner Ilnar Ziganshin ("Petitioner"), a detainee in the custody of the Department of Homeland Security's ("DHS") Bureau of Immigration and Customs Enforcement ("ICE"), proceeding pro se, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and named DHS as the Respondent ("Original Petition"). (Doc. 1.)  On June 9, 2025, Petitioner filed an Emergency Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Temporary Restraining Order ("Amended Petition"), which adds the Imperial Regional Detention Facility's Warden, Jeremy Casey, as a Respondent. (Doc. 4.)  The same day, Petitioner filed a Motion for Leave to Amend Petition for Writ of Habeas Corpus to Add Additional Respondent ("Motion for Leave to Amend"). (Doc. 5.)  The Court granted Petitioner's Motion for

1  Leave to Amend and accepted Petitioner's Amended Petition as properly filed.  (Doc. 6.)
2          On July 9, 2025, Respondents DHS and Jeremy Casey (collectively, "Respondents")
3  filed a Return in Opposition to Petition for Writ of Habeas Corpus ("Opposition").  (Doc.
4  6.)  On July 21, 2025, Petitioner filed a Supplemental Notice to the Court Regarding
5  Petitioner's Pro Se Status Request for Consideration and Motion to Expedite Consideration
6  of All Pending Motions and Petitioner's Habeas Corpus Case, which the Court construes
7  as Petitioner's reply memorandum ("Reply").  (Doc. 10; *see also* Doc. 6 (permitting
8  Petitioner to file a reply to any opposition).)
9          On August 11, 2025, the Court ordered supplemental briefing from Petitioner and
10 Respondents regarding Petitioner's Amended Petition and any parole proceedings
11 involving Petitioner.  (Doc. 11.)  Shortly thereafter, Petitioner filed a document requesting
12 that the "District Court for the Southern District of California dismiss all my petitions and
13 declare this petitions [sic] to be invalid."  (Doc. 12 at 1.)
14         "The Federal Rules of Civil Procedure may be applied to habeas proceedings to the
15 extent such rules are not inconsistent with the statutory provisions of the Habeas Rules."
16 *Smith v. Allen*, No. 1:23-cv-00480-ADA-HBK (HC), 2023 WL 5745898, at *1 (E.D. Cal.
17 Sept. 6, 2023), *report and recommendation adopted*, 2024 WL 1219176 (E.D. Cal. Mar.
18 21, 2024).  Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be
19 dismissed at the plaintiff's request only by court order, on terms that the court considers
20 proper."  Fed. R. Civ. P. 41(a)(2).  "Unless the order states otherwise, a dismissal under
21 this paragraph (2) is without prejudice."  *Id.*; *see also Smith v. Lenches*, 263 F.3d 972, 976
22 (9th Cir. 2001) ("A dismissal under Rule 41(a)(2) normally is without prejudice, as
23 explicitly stated in that rule.").
24         "Whether to grant voluntary dismissal under [Rule] 41(a)(2) is within the district
25 court's discretion."  *Smith*, 2023 WL 5745898, at *1 (citing *Stevedoring Servs. of Am. v.*
26 *Armilla Int'l B.V.*, 889 F.2d 919, 921 (9th Cir. 1989)).  "[V]oluntary dismissal under [Rule]
27 41(a)(2) should be granted unless a defendant can show it will suffer some plain legal
28 prejudice as a result of the dismissal."  *Id.* (citations omitted).

1  Here, Respondents have not filed an opposition to Petitioner's request for dismissal
2  and, therefore, have not demonstrated prejudice. Accordingly, Petitioner's request for
3  dismissal is **GRANTED**, and Petitioner's Amended Petition is **DISMISSED WITHOUT**
4  **PREJUDICE**. *See Smith*, 2023 WL 5745898, at *2 (granting the petitioner's unopposed
5  motion to dismiss his petition).
6  **IT IS SO ORDERED.**
7  DATE:  August 19, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE